UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III, | No. 2:17-cv-0604 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, HIGH DESERT STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges petitioner's 2014 conviction for threatening a judge and criminal threats. The petition is fully briefed.

On July 6, 2019, petitioner filed a petition in the United States District Court for the Northern District of California, challenging the same conviction. That petition was transferred to this court and docketed as a new action: Deegan v. Spearman (Deegan II), No. 2:19-cv-1356 KJM GGH. The judge in Deegan II construed the petition as a motion to amend and ordered the petition filed in this case. Deegan II, ECF Nos. 8, 9. The proposed amended petition contains three additional grounds for relief. ECF No. 16. Respondent will be given an opportunity to respond to petitioner's request to amend the petition to add the three new claims.

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, respondent may file a response to petitioner's motion to amend the petition.

DATED: September 25, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE