UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:17-cv-0604 MCE AC P<br><br><br><br>ORDER |

Petitioner has requested a sixty-day extension of time to file objections to the May 19, 2020 findings and recommendations. The request will be granted. Given the length of the requested extension, no further extensions of time will be granted absent a showing of extraordinary cause.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 24) is granted; and

////

////

////

---

[1] Petitioner is informed that in order to obtain the district judge's independent review and preserve issues for appeal, he need only identify the findings and recommendations to which he objects. There is no need to reproduce his arguments on the issues.

1

2. Within sixty days from the service of this order petitioner may file objections to the May 19, 2020 findings and recommendations.

DATED: June 10, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE