UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, HIGH DESERT STATE PRISON,<br><br>Respondent. | No. 2:17-cv-0604 MCE AC P<br><br><br><br>ORDER |

Petitioner, a former California state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. ECF No. 27. To date, neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2022 (ECF No. 27), are ADOPTED in full;

1

2. The petition for writ of habeas corpus (ECF No. 1) is DENIED;

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 6, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2